# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0943. JESUS VIEYRA v. THE STATE.**

Jesus Vieyra was charged with numerous crimes, including rape. In 2016, Vieyra pleaded guilty to three offenses, including family violence aggravated assault with intent to rape. As a special condition of probation, Vieyra was required to register as a sex offender. After several failed attempts to challenge his plea,[1] Vieyra filed in November 2020 a motion to correct a void condition of probation challenging the requirement that he register as a sex offender. The trial court denied the motion, and Vieyra appeals this ruling.

Under OCGA § 17-10-1 (f), a court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. *Frazier v. State*, 302 Ga. App. 346, 348 (691 SE2d 247) (2010). Once, as here, this statutory period expires, a trial court may only modify a void sentence. Id. A sentence is void if the court imposes punishment that the law does not allow. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). Moreover, a direct appeal does not lie from the denial of a motion to correct a void sentence filed outside the statutory time period unless the motion raises a colorable claim that the sentence is, in fact, void. *Frazier*, 302 Ga. App. at 348.

---

[1] Vieyra sought to appeal the denial of an out-of-time appeal, which was dismissed as untimely. See *Vieyra v. State*, Case No. A19A1327, dismissed Feb. 15, 2019. Vieyra again sought to appeal the denial of his request for an out-of-time appeal, and we affirmed that ruling in an unpublished opinion. See *Vieyra v. State*, Case No. A19A2020, decided Jan. 8, 2020.

According to Vieyra, because the rape charge against him was disposed by order of nolle prosequi, the State was not permitted to impose a requirement that he register as a sex offender. However, the statute requiring Vieyra to register as a sex offender explicitly applies to persons convicted of "[a]ggravated assault with the intent to rape in violation of Code Section 16-5-21[.]" OCGA § 42-1-12 (a) (10) (B.1) (i), (e) (2). Consequently, Vieyra has not raised a colorable void-sentence claim, and his appeal is hereby DISMISSED. See *Frazier*, 302 Ga. App. at 348-349.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  02/10/2021
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*